No. 01–8569.   SANFORD v. WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 01–8570.   SELF v. ROE, WARDEN, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 01–8574.   LONG v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 01–8580.   COOPER v. HENRY, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 01–8581.   VAZQUEZ v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 01–8582.   WARDEN v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 01–8583.   WILLIAMS v. WAYNE STATE UNIVERSITY ET AL. Ct. App. Mich.   Certiorari denied.

No. 01–8585.   OLIVER v. TRUE, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 01–8588.   MOORE v. PLASTER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 01–8592.   SWENDRA v. SOARES, SUPERINTENDENT, LIMON CORRECTIONAL FACILITY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 01–8594.   SCHMIDT v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 01–8595.   ROBINSON v. FIGUEROA, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 01–8600.   BEATON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 01–8602.   LEE v. LAMARQUE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–8617.   CHANDLER v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir.   Certiorari denied.